**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CLEVELAND S. JONES, JR.                                                                          PLAINTIFF

V.                                       4:09CV00204 JMM

BRADLEY C. DINER, Dr., Arkansas Psychiatric
Clinic; ARKANSAS PSYCHIATRIC CLINIC;
COUNSELING ASSOCIATES, INC.; and
RAE BECKHAM, Informant, Yazoo County,
Mississippi, Sheriff's Office                                                                  DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.  Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 5th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE